**LARABEE GROUP, LLC., Appellant,**

v.

**CITY OF KANSAS CITY, Missouri, Respondent.**

**No. WD 67919.**

Missouri Court of Appeals,
Western District.

Aug. 28, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 30, 2007.

Application for Transfer Denied Dec. 18, 2007.

---

1. All pending motions are denied.

Jeremiah Kidwell, Kansas City, MO, for appellant.

George S. Diegel, Kansas City, MO, for respondent.

Before LOWENSTEIN, P.J., SMART and HARDWICK, JJ.

## *ORDER*

PER CURIAM.

Appellant Larabee Group, LLC, appeals the grant of summary judgment in favor of respondent, the City of Kansas City, Missouri, on Larabee's petition asking for specific judgment on its petition for breach of contract. Judgment affirmed. Rule 84.16(b).